# United States District Court
# For The Western District of North Carolina
# Statesville Division

RODNEY D. SPRUILL,

    Plaintiff(s),

vs.

STEVE BAILEY, KEITH WHITENER,
CARLOS HERNANDEZ, STEPHANIE HALL,
JOHN KLAVER, JAMIE TRAVIS, AND
TIMOTHY HUGINS,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV61-2-RJC

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2011, Order.

Signed: February 8, 2011

Frank G. Johns, Clerk
United States District Court